JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FURNESS WITHY (AUSTRALIA)
PTY LTD.,

                Plaintiff,

   - against -

KINETA MINERALS AND METALS
LIMITED,

                Defendant.
-----------------------------------------------------------X

08 CIV 4318

08 CV
ECF CASE


RECEIVED MAY 07 2008 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: May 7, 2008
      New York, NY

The Plaintiff,
FURNESS WITHY (AUSTRALIA) PTY LTD.

By: /s/ Claurisse C. Orozco
Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com